# Exhibit 1



**CT Corporation**
**Service of Process Notification**
12/14/2022
CT Log Number 542851664

## Service of Process Transmittal Summary

**TO:** Sarah Rief, STOP 1580
Union Pacific Railroad Company
1400 Douglas St
Omaha, NE 68179-0002

**RE:** Process Served in Texas

**FOR:** Union Pacific Railroad Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Javier Tapia, Individually, and as Personal Representative of the Estate of A.W.T.; and Jennifer Welborn // To: Union Pacific Railroad Company |
| **CASE #:** | 202280508 |
| **NATURE OF ACTION:** | Wrongful Death - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/14/2022 at 14:07 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/14/2022, Expected Purge Date: 12/19/2022 |
| | Image SOP |
| | Email Notification,  Sarah Rief  sjrief@up.com |
| | Email Notification,  Betsy Gassaway  bsgassaw@up.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Dec 14, 2022
**Server Name:** DON ANDERSON

| Entity Served | UNION PACIFIC RAILROAD COMPANY |
|---|---|
| Case Number | 202280508 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



CAUSE NO. 202280508

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 970557   TRACKING NO: 74088074

| | |
|---|---|
| Plaintiff:<br>TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE<br>vs.<br>Defendant:<br>UNION PACIFIC CORPORATION | In The 215th<br>Judicial District Court of<br><br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   UNION RAILROAD COMPANY (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 12, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on December 13, 2022, under my hand and seal of said court.



*Marilyn Burgess*
Marilyn Burgess, District Clerk

Issued at the request of:

Demuren, Samantha M.B.
6009  Memorial Drive
Houston, TX  77007
713-222-3800
Bar Number: 24103756

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:BRIANNA J. DENMON

Tracking Number: 74088074

**CAUSE NUMBER: 202280508**

| | |
|---|---|
| **PLAINTIFF: TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE** | **In the 215th** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: UNION PACIFIC CORPORATION** | **Harris County, Texas** |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____                By_____
            Affiant                                                                                                Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

                                                                                 _____
                                                                                 Notary Public

12/14/2022 3:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 71020505
By: Joshua Herrington
Filed: 12/14/2022 3:31 PM

**CAUSE NO. 2022-80508**

| | | |
|---|---|---|
| JAVIER TAPIA, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF A.W.T., ET AL<br>**PLAINTIFF** | § § § § § § § § § § § | IN THE 215th District Court |
| VS. | | HARRIS COUNTY, TX |
| UNION PACIFIC CORPORATION, ET AL<br>**DEFENDANT** | | |

**RETURN OF SERVICE**

**ON Wednesday, December 14, 2022 AT 9:37 AM**
CITATION, PLAINTIFFS' ORIGINAL PETITION for service on UNION RAILROAD COMPANY (A FOREIGN CORPORATION) C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**ON Wednesday, December 14, 2022 AT 2:30 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** UNION RAILROAD COMPANY (A FOREIGN CORPORATION) C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Terri Thongsavat intake specialist, 1999 BRYAN STREET STE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, Balch Springs, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Wednesday, December 14, 2022.

/S/ Don Anderson

Estate of A.W. Tapia FV #429845

Doc ID: 303881_1

CAUSE NO. 202280508

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 970557  TRACKING NO: 74088074

| Plaintiff: | In The 215th |
|---|---|
| TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| UNION PACIFIC CORPORATION | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   UNION RAILROAD COMPANY (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 12, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on December 13, 2022, under my hand and seal of said court.



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Issued at the request of:

Demuren, Samantha M.B.
6009  Memorial Drive
Houston, TX  77007
713-222-3800
Bar Number: 24103756

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:BRIANNA J. DENMON



**CT Corporation**
Service of Process Notification
12/14/2022
CT Log Number 542854299

## Service of Process Transmittal Summary

**TO:**  Sarah Rief, STOP 1580
Union Pacific Railroad Company
1400 Douglas St
Omaha, NE 68179-0002

**RE:**  Process Served in Texas

**FOR:**  UNION PACIFIC CORPORATION  (Domestic State: UT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Javier Tapia, Individually, and as Personal Representative of the Estate of A.W.T.; and Jennifer Welborn // To: UNION PACIFIC CORPORATION |
| **CASE #:** | 202280508 |
| **NATURE OF ACTION:** | Wrongful Death - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/14/2022 at 14:07 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/15/2022, Expected Purge Date: 12/20/2022 |
| | Image SOP |
| | Email Notification,  Sarah Rief  sjrief@up.com |
| | Email Notification,  Betsy Gassaway  bsgassaw@up.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Dec 14, 2022
**Server Name:** DON ANDERSON

| Entity Served | UNION PACIFIC CORPORATION |
|---|---|
| Case Number | 202280508 |
| Jurisdiction | TX |

| Inserts | |
|---|---|
| | |



CAUSE NO. 202280508

COPY OF PLEADING PROVIDED BY PLT

| | |
|---|---|
| | RECEIPT NO: 970557  TRACKING NO: 74088073 |
| Plaintiff: | In The 215th |
| TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| UNION PACIFIC CORPORATION | Houston, Texas |

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   UNION PACIFIC CORPORATION (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900, DALLAS TX

   Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 12, 2022 in the above cited cause number and court.  The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   This citation was issued on December 13, 2022, under my hand and seal of said court.



*Marilyn Burgess*

| | |
|---|---|
| Issued at the request of: | Marilyn Burgess, District Clerk |
| Demuren, Samantha M.B. | Harris County, Texas |
| 6009  Memorial Drive | 201 CAROLINE  Houston Texas 77002 |
| Houston, TX  77007 | (PO Box 4651, Houston, Texas 77210) |
| 713-222-3800 | |
| Bar Number: 24103756 | |
| | Generated By:BRIANNA J. DENMON |

Tracking Number: 74088073

**CAUSE NUMBER: 202280508**

| | |
|---|---|
| **PLAINTIFF: TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE** | **In the 215th** |
| vs. | **Judicial District Court of** |
| **DEFENDANT: UNION PACIFIC CORPORATION** | **Harris County, Texas** |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
                Affiant                                                                Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

Case 4:23-cv-00042   Document 1-1   Filed on 01/06/23 in TXSD   Page 12 of 13

12/14/2022 3:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 71020553
By: Joshua Herrington
Filed: 12/14/2022 3:31 PM

## CAUSE NO. 2022-80508

| | | |
|---|---|---|
| JAVIER TAPIA, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF A.W.T., ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>UNION PACIFIC CORPORATION, ET AL<br>**DEFENDANT** | § § § § § § § § § § | IN THE 215th District Court<br><br>HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Wednesday, December 14, 2022 AT 9:38 AM**
CITATION, PLAINTIFFS' ORIGINAL PETITION for service on UNION PACIFIC CORPORATION (A FOREIGN CORPORATION) C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**ON Wednesday, December 14, 2022 AT 2:30 PM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** UNION PACIFIC CORPORATION (A FOREIGN CORPORATION) C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Terri Thongsavat intake specialist, 1999 BRYAN STREET STE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, Balch Springs, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Wednesday, December 14, 2022.

/S/ Don Anderson

Estate of A.W. Tapia FV #429845

Doc ID: 303881_2

CAUSE NO. 202280508

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 970557   TRACKING NO: 74088073

| Plaintiff: | In The 215th |
|---|---|
| TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| UNION PACIFIC CORPORATION | Houston, Texas |

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To:   UNION PACIFIC CORPORATION (A FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET STE 900, DALLAS TX

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on December 12, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on December 13, 2022, under my hand and seal of said court.



Issued at the request of:

Demuren, Samantha M.B.
6009  Memorial Drive
Houston, TX  77007
713-222-3800
Bar Number: 24103756

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: BRIANNA J. DENMON