# Exhibit 3

TAPIA, JAVIER (INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE vs. UNION PACIFIC CORPORATION

Cause: 202280508　　　CDI: 7　　　Court: 215

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 105572226 | Citation - Union Railroad Company | | 12/14/2022 | 2 |
| 105572282 | Citation - Union Pacific Corporation | | 12/14/2022 | 2 |
| 105536247 | Plaintiffs' Original Petition | | 12/12/2022 | 7 |
| ·> 105536248 | Request for Issuance of Service | | 12/12/2022 | 1 |
| ·> 105536249 | Request for Issuance of Service | | 12/12/2022 | 1 |