# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAVIER TAPIA, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF A.W.T.; AND JENNIFER WELBORN | PLAINTIFFS |
| vs.    Case No. _____ | |
| UNION PACIFIC CORPORATION; UNION PACIFIC RAILROAD COMPANY; AND JOHN DOE | DEFENDANTS |

LIST OF ALL COUNSEL OF RECORD

**Counsel for Plaintiffs:**

JASON A. ITKIN (TX STATE BAR NO. 24032461)
CAJ BOATRIGHT (TX STATE BAR NO. 24036237)
ROLAND CHRISTENSEN (TX STATE BAR NO. 24101222)
SAMANTHA DEMUREN (TX STATE BAR NO. 24103756)
ARNOLD & ITKIN, LLP
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-8300
eservice@arnolditkin.com
jitkin@arnolditkin.com
cboatright@arnolditkin.com
rchristensen@arnolditkin.com
sdemuren@ardnolditkin.com

**Counsel for Defendants Union Pacific Corporation and Union Pacific Railroad Company:**

DANIEL J. GIBSON (TX STATE BAR NO. 24118124)
Union Pacific Railroad Company
24125 Aldine Westfield Road
Spring, Texas  77373
Telephone: (281) 350-7250
djgibson@up.com