United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER TAPIA, Individually and as Personal Representative of THE ESTATE OF A.W.T., and JENNIFER WELBORN, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-0042 |
| UNION PACIFIC RAILROAD COMPANY and JOHN DOE, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Union Pacific Railroad Company's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs are taxed against the Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 7th day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE